1  **DANIEL A. BACON** 065099
   Attorney at Law
2  5200 North Palm, Suite 408
   Fresno, California 93704
3  Telephone: (559) 241-7000

4  Attorney for KHALID DABLAN

5

6              UNITED STATES DISTRICT COURT

7              EASTERN DISTRICT OF CALIFORNIA

8

9
   UNITED STATES OF AMERICA,        )   NO. CR-F-02-5086 AWI
10                                  )
              Plaintiff,            )   STIPULATION TO CONTINUE
11                                  )   STATUS CONFERENCE,
       vs.                          )   AND ORDER THEREON
12                                  )
   KHALID DABLAN,                   )   DATE:   April 25, 2005
13                                  )   TIME:   9:00 AM
              Defendant.            )   DEPT:   Hon. Anthony W. Ishii
14 _____   )

15         IT IS HEREBY STIPULATED by and between the parties hereto through

16 their attorneys of record that the status conference presently scheduled before the Hon

17 Anthony W. Ishii for April 25, 2005 at the hour of 9:00 AM be continued to May 23, 2005

18 at 9:00 AM.

19         The parties agree that the delay resulting from the continuance shall be

20 excluded in the interests of Justice, including, but not limited to, the need for the period

21 of time set forth herein for effective defense preparation pursuant to 18 U.S.C.

22 Section 3161 (h)(8)(B)(iv).

23 Dated: April _21_, 2005.           JOHN VINCENT, United States Attorney

24                                    By:____/s/_  **KAREN ESCOBAR**_____
                                         KAREN ESCOBAR, Assistant U.S. Attorney
25                                       Attorney for Plaintiff

26 Dated: April _21_, 2005.

27                                          ____/s/_  **DANIEL A. BACON**_____
                                         DANIEL A. BACON,
28                                       Attorney for Defendant KHALID DABLAN

                   Stipulation to Continue Status Conference  and Order Thereon

ORDER

Time is excluded in the interests of justice pursuant to 18 U.S.C. Section 3161 (h)(8)(B)(iv).

IT IS SO ORDERED.

**Dated:   April 22, 2005**             /s/ Anthony W. Ishii
0m8i78                                   UNITED STATES DISTRICT JUDGE