**DANIEL A. BACON** 065099
Attorney at Law
5200 North Palm, Suite 408
Fresno, California 93704
Telephone: (559) 241-7000

Attorney for KHALID DABLAN

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | NO. CR-F-02-5086 AWI |
| Plaintiff, ) | ORDER FOR RELEASE OF DEFENDANT AND TO PROVIDE TRANSPORTATION FROM ROCHESTER, MINNESOTA TO FRESNO, CALIFORNIA |
| vs. ) | |
| KHALID DABLAN, ) | |
| Defendant. ) | |
| _____ ) | |

The United States Appellate Court for the Ninth Circuit, having reversed and remanded this matter for resentencing, and the parties, namely defendant Khalid Dablan through his attorney, Daniel A. Bacon, and the plaintiff, through its attorney, Assistant United States Attorney Karen Escobar, having stipulated thereto,

IT IS HEREBY ORDERED as follows:

1.  That the United States Bureau of Prisons release defendant Khalid Dablan, Registration No. 60496-097, to the care and custody of his daughter, Leila Dablan, date of birth 8/30/76, for transportation from the Bureau of Prisons Institution at Rochester, Minnesota to Fresno, California.

2.  That due to the medical needs of defendant Khalid Dablan, the United States Marshal's office is ordered to provide a round-trip commercial airline ticket for Leila Dablan, date of birth 8/30/76, from Alexandria, Louisiana to Rochester, Minnesota, then to Fresno, California, with a return ticket to Alexandria, Louisiana. The United States Marshal shall purchase a one-way commercial airline ticket for defendant

Khalid Dablan from Rochester, Minnesota to Fresno, California.  The United States Marshal is ordered to pay for said tickets and make them available to Leila Dablan and Khalid Dablan so that Leila Dablan can travel to Rochester, Minnesota, take custody of her father, defendant Khalid Dablan, and return with him on the same flight, from Rochester, Minnesota to Fresno, California.  The parties agree and stipulate, and it is hereby ordered, that this order to pay for the transportation is necessary as Khalid Dablan is in a medical condition that requires him to be chaperoned and aided in his travel from Rochester, Minnesota to Fresno, California.

3. It is further ordered that Khalid Dablan will be released on his own recognizance, pending a future hearing in this court, upon the arrival of his daughter, Leila Dablan, in Rochester, Minnesota, and he shall be released to the care of Leila Dablan upon said arrival.

IT IS SO ORDERED.

**Dated:   March 23, 2007**             /s/ **Anthony W. Ishii**
0m8i78                                  UNITED STATES DISTRICT JUDGE