DANIEL A. BACON 065099
Attorney at Law
5200 North Palm, Suite 408
Fresno, California 93704
Telephone: (559) 241-7000

Attorney for KHALID DABLAN

FILED
AUG 8 2007
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
DEPUTY CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br> Plaintiff, <br> vs. <br> KHALID DABLAN, <br> Defendant. | NO. CR-F-02-5086 AWI <br><br> STIPULATION TO CONTINUE SENTENCING AND ORDER THEREON <br><br> DATE: August 27, 2007 <br> TIME: 9:00 AM <br> DEPT: Hon. Anthony W. Ishii |

IT IS HEREBY STIPULATED by and between the parties hereto through their attorneys of record that the sentencing hearing presently scheduled before the Hon Anthony W. Ishii for August 27, 2007 at the hour of 9:00 AM be continued to October 29, 2007 at 9:00 AM.

The parties agree that the delay resulting from the continuance shall be excluded in the interests of Justice, including, but not limited to, the need for the period of time set forth herein for effective defense preparation pursuant to 18 U.S.C. Section 3161 (h)(8)(B)(iv).

Dated: August 8, 2007.         McGREGOR SCOTT, United States Attorney

By: /s/ Karen Escobar
KAREN ESCOBAR, Assistant U.S. Attorney
Attorney for Plaintiff

Dated: August 8, 2007.

/s/ Daniel A. Bacon
DANIEL A. BACON,
Attorney for Defendant KHALID DABLAN

Stipulation to Continue Sentencing Hearing and Order Thereon

1 | ORDER

2 | IT SO ORDERED. Time is excluded in the interests of justice pursuant to
3 | 18 U.S.C. Section 3161 (h)(8)(B)(iv).
4 | Dated: August **8**, 2007.

ANTHONY W. ISHII
U.S. District Judge for the
Eastern District of California