McGREGOR W. SCOTT
United States Attorney
KAREN A. ESCOBAR
Assistant U.S. Attorney
2500 Tulare Street
Fresno, California  93721
Telephone: (559) 497-4000

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. F-02-5086 AWI |
| | ) | |
| Plaintiff, | ) | GOVERNMENT'S MOTION TO DISMISS |
| | ) | IN THE INTEREST OF JUSTICE AND |
| v. | ) | ORDER |
| | ) | |
| KHALID DABLAN, | ) | |
| | ) | |
| Defendant. | ) | |

     The United States of America, by and through its attorneys, McGREGOR W. SCOTT, United States Attorney, and KAREN A. ESCOBAR, Assistant U.S. Attorney, hereby moves to dismiss the above-captioned matter in the interest of justice, because the defendant is deceased.

DATED: September 18, 2007          Respectfully submitted,

                                   McGREGOR W. SCOTT
                                   United States Attorney

                                   By /s/ Karen A. Escobar
                                      KAREN A. ESCOBAR
                                   Assistant U.S. Attorney

1

1                                O  R  D  E  R

2    IT IS SO ORDERED.

3    **Dated:     October 16, 2007**                    **/s/ Anthony W. Ishii**
                                                 UNITED STATES DISTRICT JUDGE